IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**HSBC BANK USA,**
**NATIONAL ASSOCIATION,**
as Indenture Trustee under that certain Indenture dated
June 1, 2007, for the benefit of the Indenture Trustee and
holders of the Business Loan Express Business Loan-Backed
Notes, Series 2007-A, as their interests may appear,

                                  Plaintiff,

v.                                                                                    Civil Action No. 3:12-cv-00668

**RON RESH** and **VALARIE REYNOLDS-RESH**
                              Defendants**,**

and

**RON RESH INVESTMENTS, LLC**
(n/k/a Resh Family Investments, LLC),

                               Intervenor.

NOTICE OF SATISFACTION OF JUDGMENT,
WITH RELEASE AND CANCELLATION OF LIEN

      **COMES NOW** the Plaintiff and states that the Defendants and the Intervenor have fully satisfied all obligations imposed upon them in that **Final Judgment Order** [ECF 677] entered in this case on 4 April 2016 and that **Order Granting Judgment Against Intervenor** [ECF 726] entered in this case on 1 September 2016. Accordingly,

                        **RON RESH,**
                        **VALARIE REYNOLDS-RESH** and
                        **RESH FAMILY INVESTMENTS, LLC** (f/k/a Ron Resh Investments, LLC)

are hereby **RELEASED** and **DISCHARGED** of any further liability in this matter to the Plaintiff, and any lien created by recordation of said judgments, or any abstract or memorandum thereof, is hereby **RELEASED** and **CANCELLED**, specifically including the judgment liens recorded in: a) Jones County Mississippi (File No. 39012); b) Bradley County Tennessee (BK/PG 2414/565-572); and c) Madison County North Carolina (16M83).

                                                                     **U.S. BANK NATIONAL ASSOCIATION,** etc.,
                                                                     By Counsel,

_____
W. Bradley Sorrells (WV 4991)
Robinson & McElwee PLLC
Post Office Box 1791
Charleston, West Virginia 25326
(304) 344-5800